ACCEPTED
12-14-00116-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/15/2015 12:18:12 PM
CATHY LUSK
CLERK

CAUSE NO. 12-14-00116-CR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/15/2015 12:18:12 PM
CATHY S. LUSK
Clerk

IN THE COURT OF APPEALS

TWELFTH DISTRICT OF TEXAS

TYLER, TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOSE DIAZ PEREZ, Appellant

v.

STATE OF TEXAS, Appellee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE'S MOTION FOR SECOND EXTENSION OF TIME TO
FILE ITS APPELLATE BRIEF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now Appellee State of Texas, by its District Attorney, Rachel L. Patton, and presents for filing its Second Motion for Extension of Time to File its Appellate Brief in the above-styled and numbered cause of action.

1

## I.

Appellant was charged by indictment with the offense of Murder, Cause No. 18373 and styled State of Texas v. Jose Diaz Perez.

On the April 22, 2014, Appellant Jose Diaz Perez was found guilty by a jury and sentenced to fifty (50) years in the Institutional Division of the Texas Department of Criminal Justice.

## II.

Appellant's Brief was filed in this Court on November 13, 2014. The State's Brief is due by January 15, 2015. The State seeks leave of Court to file its Brief by February 15, 2015, and in support thereof submits the following:

1. Jose Diaz Perez is the Appellant in the above-styled and numbered cause.

2. This is the first extension requested by the State.

3. The undersigned attorney works in a three prosecutor office with limited resources.

4. The undersigned attorney was at the TDCAA Elected Prosecutors Annual Conference beginning December 1, 2014 through December 4, 2014.

5. The undersigned attorney was in preparations for a mental illness jury trial set

for January 7, 2015.

6. The undersigned attorney was in preparations for a Intoxicated Manslaughter suppression hearing set for January 16, 2015, and jury trial on January 27, 2015

7. The undersigned attorney has appeared in many hearings and pre-trials since receiving Appellant's brief.

8. Appellant's attorney, Sten Langsjoen, has no objection to this Motion. Appellant will suffer no prejudice if the State's brief is filed by the date sought.

WHEREFORE, PREMISES CONSIDERED, State of Texas prays the Court of Appeals will grant its Motion, and allow for the filing of its appellate Brief by 5:00 P.M., February 15, 2015.

RESPECTFULLY SUBMITTED BY:

Rachel L. Patton,
District Attorney
502 N. Main St.
Rusk, Texas 75785
903.683.2573
Texas Bar No. 24039030

# VERIFICATION

STATE OF TEXAS )(
COUNTY OF CHEROKEE )(

BEFORE ME, the undersigned authority, on this day personally appeared Charles J. Breaux, Jr., who, upon her oath, deposes the following:

My name is Charles J. Breaux, Jr.. I am an attorney representing the Cherokee County District Attorney's office. I have prepared and reviewed the contents of the foregoing Motion as it pertains to the above-styled and -numbered causes of action, and I affirm that its contents are true and correct to my personal knowledge and information.

FURTHER AFFIANT SAITH NOT.

_____
Charles J. Breaux, Jr., Affiant

Sworn to and subscribed before me on the 15th day of January 15, 2015, to which

witness my hand and seal of office.

_____

My Commission expires ___7/31/18___

LOIS GARNER
MY COMMISSION EXPIRES
July 31, 2018

4

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing State's Second Motion for Extension of Time to File its Appellate Brief was delivered to Mr. Sten Langsjoen, by way of facsimile transmission and/or hand-delivery on the 15th day of January, 2015.

Charles J. Breaux, Jr.